IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CALVIN L. THOMAS,    *

    Plaintiff,    *

vs.    *

                                 CASE NO. 4:08-CV-121 (CDL)

KYSOR/WARREN,    *

    Defendant.    *

O R D E R

Plaintiff claims that his former employer, Kysor/Warren, failed to accommodate his religious practice of attending Sunday morning church services in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* Presently pending before the Court is Defendant's Motion for Summary Judgment (Doc. 21). Having thoroughly reviewed the record, the Court finds that genuine issues of material fact remain on the following three issues: (1) whether Plaintiff had a bona fide religious belief that conflicted with an employment requirement; (2) whether Defendant offered Plaintiff a reasonable accommodation; and (3) whether Defendant was unable to reasonably accommodate Plaintiff's religious practice without undue hardship on the conduct of Defendant's business. Accordingly, Defendant's Motion for Summary Judgment (Doc. 21) is denied.

IT IS SO ORDERED, this 24th day of June, 2010.

                                                          S/Clay D. Land  
                                                             CLAY D. LAND  
                                      UNITED STATES DISTRICT JUDGE